UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA TERRANOVA,

    Plaintiff,

v.                                            Case No: 5:20-cv-5-Oc-30PRL

SANTANDER CONSUMER USA, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. 16). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own costs and fees.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of July, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record